UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

```
FILED by  FJ   D.C.
MAR 1 5 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA - MIAMI
```

Grace Solis
    Plaintiff,

v.                                     Case No. 15-cv-23332-MGC

SYNCHRONY BANK f/k/a/
GE CAPITAL RETAIL BANK
    Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, Plaintiff, GRACE SOLIS, and Defendant, SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK jointly stipulate to a Dismissal with Prejudice of this action, with each party to bear its own attorneys' fees and costs.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the Plaintiff represents to the Court that counsel for Defendant has authorized her to affix their electronic signature to this Joint Stipulation of Dismissal.

Respectfully submitted,                        March 14, 2016

*[signature]*

Grace Solis
730 86th Street
Miami Beach, FL 33141
Solis.g@aol.com
*Plaintiff, Pro Se*

LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Fax: (305) 379-9626
***Attorneys for Synchrony Bank, formerly known as GE Capital Retail Bank***

/s/ Sahily Serradet
SAHILY SERRADET
Florida Bar No. 77620

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2016, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF/. *and via USPS mail.*

\\\

GRACE SOLIS